IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

```
SCOTT N. JOHNSON,              )
                               )   2:11-cv-01612-GEB-CKD
          Plaintiff,           )
                               )
     v.                        )   ORDER RE: SETTLEMENT AND
                               )   DISPOSITION
LESTER WAGNER, Individually and)
as Co-Trustee of the Lester and)
Thelma Wagner 1999 Family Trust,)
dated July 13, 1999; THELMA    )
WAGNER, Individually and as Co-)
Trustee of the Lester and Thelma)
Wagner 1999 Family Trust, dated)
July 13, 1999,                 )
                               )
          Defendants.          )
_____)
```

Plaintiffs filed a "Notice of Settlement" on August 21, 2011, in which he states, "the parties have settled this action[, and d]ispositional documents will be filed within (30) calendar days." (ECF No. 8.)

Therefore, a dispositional document shall be filed no later than September 22, 2011. Failure to respond by this deadline may be construed as consent to dismissal of this action without prejudice, and a dismissal order could be filed. See E.D. Cal. R. 160(b) ("A failure to file dispositional papers on the date prescribed by the Court may be grounds for sanctions.").

1

Further, a Status Conference is scheduled for hearing on October 17, 2011, commencing at 9:00 a.m., in the event no dispositional document is filed, or if this action is not otherwise dismissed.[1] A joint status report shall be filed fourteen (14) days prior to the Status Conference.

IT IS SO ORDERED.

Dated: August 31, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge

---

[1] The Status Conference will remain on calendar, because the mere representation that a case has been settled does not justify vacating a scheduling proceeding. Cf. Callie v. Near, 829 F.2d 888, 890 (9th Cir. 1987) (indicating that a representation that claims have been settled does not necessarily establish the existence of a binding settlement agreement).

2